IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TASHUAN DEWAYNE YANCY                                                                PLAINTIFF

VS.                              4:17CV00455 BRW/PSH

TURN KEY HEALTH, *et al.*                                                            DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Yancy's claim against the Pulaski County Sheriff Department is dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 28th day of August, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE