IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TASHUAN DEWAYNE YANCY                                                    PLAINTIFF

VS.                              4:17-CV-00455 BRW-PSH

TURN KEY HEALTH, *et al.*                                                DEFENDANTS

## ORDER

In December 2017, the Court sent copies of three orders to Plaintiff Tashuan Dewayne Yancy at the address he provided when he filed his Complaint[1] — all three were returned as "undeliverable" because Mr. Yancy was no longer living at the address he provided.[2] On December 12, 2017, United States Magistrate Judge Patricia Harris entered an order informing Mr. Yancy that the mail could not be delivered to him at the address he provided and warning him that this case would be dismissed without prejudice if he failed to update his address within 30 days.[3] It has been over 30 days since Mr. Yancy was directed to update his address, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.

IT IS SO ORDERED this 18th day of January, 2018.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 14, 16, 18.

[2] Doc. Nos. 15, 17, 19.

[3] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).